**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000733**
**22-SEP-2021**
**10:01 AM**
**Dkt. 105 OGMD**

NO. CAAP-19-0000733

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ERIC W. KIM, Claimant-Appellant-Appellee, v.
UNITED PARCEL SERVICES, INC., Employer-Appellee-Appellant, and
HELMSMAN MANAGEMENT SERVICES, INC.,
Insurance Adjuster-Appellee-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NOS. AB 2019-077; 2-09-06934; 2-12-07793)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Fujise, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal Filed on October 24, 2019, by Employer-Appellee-Appellant, United Parcel Services, Inc., and Insurance Adjuster-Appellee-Appellant, Helmsman Management Services, Inc.," filed September 10, 2021, by Employer-Appellee-Appellant United Parcel Services, Inc., and Insurance Adjuster-Appellee-Appellant Helmsman Management Services, Inc. (Appellants), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by all self-represented parties and counsel for all other parties appearing in the appeal, but it does not specify the terms as to payment of costs required by HRAP Rule 42(b); and (4) nonetheless, the court will construe the

stipulation as Appellants' motion to dismiss the appeal under HRAP Rule 42(b), and grant the requested relief.

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 22, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge